# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x  Civil Action No.: CV-05-308 (ILG)(ACS)

UNITED STATES OF AMERICA, §
§
           Plaintiff, §
§
   - against- §
§
JOSE J. GONZALEZ, §
§
          Defendant. §
§
-------------------------------------------------------x

## DEFAULT JUDGMENT

     Because Jose J. Gonzalez failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

     It is adjudged that the United States of America recover from Jose J. Gonzalez:

    **Claim No. C99-00250W**

| | |
|---|---|
| Principal Balance: | $2,799.32 |
| Total Interest Accrued at 8.000%: | $2,819.56 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $5,798.88 |
| Attorney's Fees: | $ |
| Total Owed: | $ |

     Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

    July 7    , 2005

I. Leo Glasser
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Default Judgment and supporting papers was mailed on June 14, 2005 to:

Jose J. Gonzalez
Defendant In Person
173 29 Th. St. Apt 5
Brooklyn, NY 11232

Affirmed: Brooklyn, New York
June 14, 2005

s/ Michael T. Sucher, Esq. (MS-9414)
MICHAEL T. SUCHER, ESQ.
Private Counsel for Plaintiff
United States of America
26 Court Street Suite 2412
Brooklyn, New York 11242
Tel. (718) 522-1995
Fax. (718) 797-3174